UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY ALLON SNOOK, | Case No.  3:23-cv-00338-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| CALVIN JOHNSON, et al., | |
| Defendants. | |

## I.      DISCUSSION

Plaintiff initiated this case with an application to proceed *in forma pauperis* for prisoners.  (ECF No. 1).  Plaintiff subsequently filed an updated address, indicating that he is no longer incarcerated.  (ECF No. 5.)  Therefore, Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner **by February 20, 2024**.

## II.      CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that Plaintiff has **until February 20, 2024**, to either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

///

complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS 18th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2