UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY ALLON SNOOK,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　Defendants. | Case No.  3:23-cv-00338-MMD-CLB<br><br>ORDER |

**I.　DISCUSSION**

On April 1, 2024, the Court screened Plaintiff's complaint under 28 U.S.C. § 1915. The Court allowed some of Plaintiff's claims to proceed and stayed the case to allow the parties to participate in the Court's Inmate Early Mediation Program.  (ECF No. 8).  The Court scheduled a mediation conference for May 28, 2024.  (ECF No. 11). Plaintiff, who was incarcerated in the custody of the Nevada Department of Corrections ("NDOC") when he filed the complaint, was out of prison when the mediation conference was set, and the Court directed Plaintiff to contact the Inmate Mediation Coordinator to discuss the logistics of mediation.  (ECF No. 12).

Plaintiff has now filed a motion to continue the mediation session, stating that he is again in NDOC custody, but that he is scheduled to be released on June 3, 2024, shortly after the currently scheduled mediation conference.  (ECF No. 14).  The Court grants Plaintiff's motion to continue the mediation.  Plaintiff filed a second, alternative motion, asking the Court to order NDOC to produce him for May 28, 2024, mediation conference. (ECF No. 15).  Because the Court grants Plaintiff's motion to continue the mediation, Plaintiff's alternative motion is denied as moot.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion to continue the May 28, 2024, mediation conference (ECF No. 14) is GRANTED.  The deadlines set in the Court's previous orders scheduling the mediation conference (ECF Nos. 11, 12) are

VACATED. The Court refers the matter to the Inmate Early Mediation Coordinator for rescheduling for a date after June 24, 2023.

It is further ordered that Plaintiff's motion to require NDOC to produce him for the May 28, 2024, mediation (ECF No. 15) is DENIED as moot.

DATED THIS  6th  day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2