**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TROY ALLON SNOOK,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-CV-00338-MMD-CLB<br><br>**ORDER REGARDING PLAINTIFF'S CHANGE OF ADDRESS** |

On July 17, 2024, Plaintiff filed a notice that his address would change on July 23, 2024, and requested the Court update his address on that date. (ECF No. 25). On July 30, 2024, Defendants filed two documents on the docket. (ECF Nos. 26, 27.) However, Plaintiff's address had not been updated. Consequently, the filings were directed to his old address and returned to the Court as undeliverable. (ECF No. 28.) Therefore, the Clerk's office is directed to update Plaintiff's address to the following:

> Troy Allon Snook
> 3955 University Center Dr., #38
> Las Vegas, NV 89119

The Clerk's office is further directed to send a copy of ECF Nos. 26 and 27 to Plaintiff at his new address.

**IT IS SO ORDERED.**

**DATED**: __July 31, 2024__.

_____
**UNITED STATES MAGISTRATE JUDGE**